IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

MARK FRANCIS HONISH                    §
                                       §
                                       §
VS.                                    §          CIVIL ACTION NO. 4:12cv521
                                       §          CRIMINAL ACTION NO. 4:07cr144
                                       §
UNITED STATES OF AMERICA               §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Don D. Bush. The Report and Recommendation of the Magistrate Judge, which contains proposed

findings of fact and recommendations for the disposition of such action, has been presented for

consideration. No objections were filed. The court concludes that the findings and conclusions of

the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court.

It is therefore

**ORDERED** that the motion to vacate, set aside or correct sentence is **DENIED** and the case

is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either

party not previously ruled on are hereby **DENIED**.

**SIGNED this the 29th day of September, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE